

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CATHY COCHRAN
ELSA ALCALA
    JUDGES

COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

October 23, 2014

Red River County District Clerk
County Courthouse
Clarksville, Texas 75426

      RE:    Billy Ray Bryant
               Trial Court Number CR 01125
               Case Number WR-74,973-01

Dear Clerk:

      Enclosed please find the order of the Court requesting Defense Exhibit #2 (a cassette audio recording) in the above referenced cause. You may send a certified copy in lieu of the original.

      Please call if you have any questions.

                    Sincerely,

                    Abel Acosta
                    Clerk

By:                   
                    John Brown
                    Chief Deputy Clerk



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

EX PARTE BILLY RAY BRYANT                   CAUSE NUMBER WR-74,973-01

## ORDER

The above styled and numbered cause is before this Court in Cause No. CR01125 from the 102nd District Court of Red River County.

The Court is of the opinion that Defense Exhibit #2 (audio cassette recording) should be inspected. Pursuant to Tex. R. App. 34.6(g)(2), the District Clerk of Red River County is ordered to file Defense Exhibit #2 with the Clerk of this Court on or before the 30th day of October, 2014.

IT IS SO ORDERED THIS THE 23rd DAY OF OCTOBER, 2014

PER CURIAM

EN BANC

DO NOT PUBLISH